JONES *et al. v.* EQUITABLE LOAN COMPANY *et al.*

HUTCHESON, J.  1. While a wife may contract, she can not bind her separate estate by any contract of suretyship, or by any assumption of the debts of her husband. Code of 1910, § 3007.

2. The petition in the instant case alleged suretyship, and prayed for cancellation of a bill of sale to secure debt, and to restrain the transfer or assignment of certain notes. A cause of action was set out, and the court erred in sustaining the general demurrer and dismissing the petition. *Judgment reversed. All the Justices concur.*

No. 9942. MAY 17, 1934. ADHERED TO ON REHEARING, AUGUST 10, 1934.

*Edward F. Taylor* and *E. W. Maynard,* for plaintiffs.
*Park & Strozier,* for defendants.